IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-493-MOC-DCK

| | |
|---|---|
| HASSAN RIFKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAPGEMINI FINANCIAL SERVICES USA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Litigation Pending Arbitration" (Document No. 3) filed October 23, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Litigation Pending Arbitration" (Document No. 3) is **GRANTED**. The parties shall file a Status Report on **December 21, 2015**, and every **sixty (60)** days thereafter, until otherwise ordered by the Court.

Signed: October 26, 2015

David C. Keesler
United States Magistrate Judge